**NATIONAL LABOR RELATIONS BOARD, Petitioner, v. Harry G. BECK, Trading as Roeks Express Company, Respondent.**

No. 4250.

Circuit Court of Appeals, Fourth Circuit.

Jan. 6, 1938.

Charles Fahy, General Counsel, and Robert B. Watts, Associate General Counsel, National Labor Relations Board, both of Washington, D. C., for petitioner.

PER CURIAM.

Consent order granting leave to petitioner to withdraw petition for enforcement without prejudice, and authorizing clerk to return the record to petitioner, filed.